**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GRANT NORTH )<br>)<br>          Plaintiff,     )<br>)<br>     v.             )<br>)<br>UNITED STATES   )<br>)<br>          Defendant.   )<br>) | Civil Action No. 07-781 (EGS) |

**ORDER**

Pending before the Court is defendant's Motion to Dismiss. By Order of this Court dated July 30, 2007, plaintiff was directed to respond to defendant's motion by no later than August 28, 2007. Consistent with *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), plaintiff was advised that, in the event plaintiff fails to respond to the motion, the Court would treat the motion as conceded and dismiss plaintiff's case. To date, plaintiff has not filed a response to the Court's order or to defendant's Motion to Dismiss. Accordingly, it is hereby

**ORDERED** that defendant's Motion to Dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's case is **DISMISSED WITHOUT PREJUDICE.**

   SO ORDERED.


**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          September 10, 2007**